IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DANIEL LEWIS WEIMER )
    Plaintiff, )
)
v. ) Civil Action No. 10-262
) Johnstown
DOLAN, MANKAMYER, )
and NORMAN A. KLAHRE )
    Defendants. )

MEMORANDUM ORDER

Gary L. Lancaster,
Chief Judge

Before the court are plaintiff's motion for leave to proceed in forma pauperis and his pro se complaint. For the reasons set forth in this court's Memorandum and Order at Civil No. 10-1275 [Doc. No. 2] plaintiff's motion for leave to proceed in forma pauperis will be granted, and his complaint will be dismissed as frivolous.

AND NOW, this **21** day of October, 2010, upon consideration of plaintiff's motion for leave to proceed in forma pauperis, said motion is hereby GRANTED.

IT IS HEREBY FURTHER ORDERED that plaintiff's complaint is DISMISSED as frivolous.

BY THE COURT:

_____, C.J.

cc: Daniel Lewis Weimer
    235 Owl Hollow Road
    Ligonier, PA 15658